**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7158**
_____

KENNETH WHITE,

             Plaintiff – Appellant,

        v.

EXPERIAN CONSUMER FRAUD ASSISTANCE; TRANS UNION CONSUMER; EQUIFAX CUSTOMER ACCOUNTS; HUNTINGTON MTG COMPANY,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. John Preston Bailey, District Judge. (1:16-cv-00049-JPB-MJA)

_____

Submitted: December 15, 2016      Decided: December 21, 2016

_____

Before MOTZ, KING, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth White, Appellant Pro Se. Joseph N. Parsons, JONES DAY, Pittsburgh, Pennsylvania; William R. Brown, Robert J. Schuckit, SCHUCKIT & ASSOCIATES PC, Zionsville, Indiana; Vincent M. Roskovensky, CLARK HILL PLC, Pittsburgh, Pennsylvania; John Joseph Meadows, STEPTOE & JOHNSON, PLLC, Charleston, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth White appeals the district court's orders dismissing his complaint for failure to state a claim and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. White v. Experian Consumer Fraud, No. 1:16-cv-00049-JPB-MJA (N.D. W. Va. Aug. 15, 2016). We also deny White's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED